Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of U S

Southern Division

Franc̄isca Vargas Castillo

_Plaintiff(s)_

(Write the full name of each plaintiff who is filing this complaint
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names )

-v-

Donald Teeple   et al

_Defendant(s)_

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names )

Case: 4:26–cv–12366
Assigned To : **Kumar, Shalina D.**
Referral Judge: **Grand, David R.**
Assign. Date : **7/13/2026**
Description: **CMP**
**VARGAS–CASTILLO V. TEEPLE
ET AL (TM)**

Jury Trial: _(check one)_  ☐ Yes  ☒ No

POOR QUALITY ORIGINAL

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Franscisca Vargas-Castillo |
| Street Address | 3201 Bemis Rd |
| City and County | Ypsilanti , Washtenaw |
| State and Zip Code | MI   48197 |
| Telephone Number | |
| E-mail Address | |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name            Donald Teeple

Job or Title *(if known)*   24th Circuit Court Chief Judge on 2018

Street Address   60 W Sanilac Ave

City and County   Sandusky, Sanilac County

State and Zip Code   MI  48471

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name            Fred L Borchard

Job or Title *(if known)*   Judge, 24th Circuit Court

Street Address   60 W Sanilac Ave

City and County   Sandusky, Sanilac County

State and Zip Code   MI  48471

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name            Gregory Ross

Job or Title *(if known)*   73A District Court Chief Judge on 2018

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name            Alyshia Dyer

Job or Title *(if known)*   Officer in charge Sanilac county Jail on 2018

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

Defendant No. 5

Name

James Young

Job or Title *(if known)*

Head prosecutor of Sanilac County

Street Address

60 W Sanilac Ave

City and County

Sandusky, Sanilac County

State and Zip Code

MI 48471

Telephone Number

810-648-3402

E-mail Address *(if known)*

Defendant No. 6

Name

Brenda Sanford

Job or Title *(if known)*

chief ADA

Street Address

60 W Sanilac Ave

City and County

Sandusky, Sanilac county

State and Zip Code

MI 48471

Telephone Number

810-648 3402

E-mail Address *(if known)*

Defendant No. 7

Name

sheriff

Job or Title *(if known)*

Sanilac County

Street Address

City and County

State and Zip Code

MI 48471

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

US Constitution Amend I, IV, V, VI, VIII, IX, XIV, XI
MI Constitution Art I, §2, §5, §11, §14, §15, §16, §17, §20
Art XI §1

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____

   and has its principal place of business in the State of *(name)* _____

   _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of

   *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____.

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See attached 4A, 4B, 4C, 4D*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*see attached page 4F*

## Defendant 1. Donald Teeple  Chief Judge

As the Chief Judge of 24th Circuit Court on 2018. Hon Donald Teeple ignored Chief Judge Rule. allowed material injustice happened under his administration, Case 18-7876 FC completely based on another suspect Cruz's statement. PSI shown 39 "Cruz stated" without polygram (has been used since 1910). It is a bone fide "Hearsay" case because plaintiff unable to read or write in both English & Spainish. Judges, Prosecutor & defense attorney teamed up suspect Cruz to convict plaintiff because she is a easy target. The murder happened 6 days after she gave birth to a baby. With a 4 year old & 6 year old needed carings at the same time. How can plaintiff had time to plan a murder? He presided the final pretrial on 3/25/2019. and arraigment waiver on 11/13/2018.

Violation of US Constitution: Amend I, IV, V, VI, VIII, IX, XI, XIV

Violation of US Constitution:: Article I. §2, §5, §11, §14, §15, §16, §17, §20

Article XI §1

## Defendant 2. Fred L Borchard

As the judge for case 18-7876 FC, It is very obvious that Hon Borchard had never read Michigan Rule of evidence (MRE), Michigan Criminal law & Procedure. Was he hired by political favortism? PSI clearly shown "cruz stated" 39 times. "Cruz think" and "cruz heard". This isabone fide "Hearsay" based case. And procedurally wrong. beyond reasonable. Plaintiff is also number blind because of the English around the numbers. She was told she sentenced 10 yrs in prison. She had 8 dependants relied on her income before incarceration. She worked 12 hours/day, Average 6½ days a week /week. 52 weeks/year at $11/hour. She was shocked when she was told she made $49,010 per year. Zero witness was call for plaintiff for trial. Strangely, plaintiff did not pay for DNA sample, State costs. victim's rights fees, that tells me Bricia Flores-Rivera was not plaintiff's victim.

I have not been able to find any language regarding waiver of arraignment and election to stand mute hearing that the 24th Circuit Court held on 11/13/2018, 71 days after the original arraignment happened in 73A District Court. Teeple & Borchard ran a Kangaroo court in 2018. co-conspirators they are. No legal immunities per Amend XI

Violation of US Constitution: Amend I, IV, V, VI, VIII, IX, XI, XIV, ☑

Violation of MI Constitution: Article I §2, §5, §11, §14, §15, §16, §17, §20

Article XI. §1

## Defendant 3  Gregory Ross

The docket register shown, plaintiff was arraigned by 73A District Court. No address, no phone number, no magistrate judge's name. zero information besides a lower court name. plaintiff holds chief Judge responsible. No warrant, No service of the warrant. No oath or affirmation (by who) Was Miranda rights read in Spainish? charges based on suspect Cruz's hearsays. Plaintiff only have a copy of warrant for arrest of alien. date 07/03/2019. after arrival in Huron Valley. Anything procedually wrong is Unconstitutional. Practising law violation in the presene of Federal court is a high misdemeanor. Amend XI is for prevention of judicial corruptions. No defense attorney presented for arraignment.

Violation of US Constitution  Amend I, IV, V, VI, VIII, IX, XI, XIV

Violation of MI Constitution: Article I §2, §5, §11, §14, §15, §16, §17, §20

Article XI §1

## Defendant 4.  Alyshia Dyer

plaintiff resided in Sanilac county Jail 09/03/2018 - 6/30/2019. 8 days after given birth a baby. 6 days after discharged from hospital. PSI claimed plaintiff is very healthy, but she was hospitalize during detaintion. plaintiff

took 7 pills daily. Jail doctor claimed they were vitamins but plaintiff slept a lot. plaintiff was unable to communicate with anyone in jail due to lack of English proficiency. Because plaintiff unable to read & write & understand English. she was disabled by the jail, practically "Deaf and Blind" for 298 days. plaintiff was denied to legal access too. excessive bails & fines caused her loss of liberty. plaintiff lost 80 pound of weight in jail.

   Violation of US Constitution: Amend I, IV, VI, VIII

   Violation of MI Constitution: Article I. §2, §5, §11, §16, §17

## Defendant 5 James Young    Defendant 6 Brenda Sanford.

Prosecuting Attorneys. worked side by side for case 18-7876-FL. Knowing the judges were procedurally wrong and unconstitutional. They chose to side with the kangaroo court. maliciously prosecuted plaintiff. $1,000,000 Bail bond was excessive. Plaintiff was making $11/hour before she gave birth to her baby on 8/25/2018. and discharged from hospital on 8/27/2018. With a newborn, a 4 year old and a 6 year old needed carings at the same time. Did it ever occur to the prosecutors that she is innocent. Plaintiff had 8 dependents before incarceration. Her foster mom (who picked her up from open water & gave her a home), two adopted children (They are both working to support grandma & younger siblings now). Five biological children. (age 0, 4, 6, 14, 15) (adopted 12, 17) plaintiff was so bored and had nothing better to do but murder. Was it beyond resonable doubt? plaintiff worked 12 hours/day, 6.5 days/week (average). 52 weeks/year. 78 hours/week with 3 children. Was it possible? Prosecutors pressed charges for the purpose of prosecutions. Did the prosecutors notice plaintiff can not read & write both English & Spainish. How convenient. She is obediant because someone told her she will be deported so she signed everything without questions.

   Violation of US Constitution. Amend I, V, VI, VIII, XIV, IX

   Violation of MI Constitution Article I §2, §5, §11, §15, §16, §17, §20

           Article XI §1

Defendant 7 sheriff of Sanilac County

The purpose of Miranda's right is for the plaintiff to understand her civil rights.
Sheriff office that failed to let plaintiff understood her miranda's right before
arrest. ~~plaintiff~~ plaintiff still has no idea what miranda's rights is today.
No interpreter was presented to translate before arrest. No arrest warrant
served to plaintiff. Neighter was search warrant. It is procedually Wrong
and it is unconstitutional.

Violation of US Constitution: Amend I, V, VI, IX, XIV
Violation of MI Constitution: Article I §2, §5, §11, §16, §17
                              Article XI §1

IV Relief:

$20,000,000 in monetary damage.

plaintiff's son Leo Mora-Vargas borned on 8/25/2018 has never seen his mother since he was 5 days old. He suffered lung disease and was hospitalized for 45 day when plaintiff was wrongfully incarcerated. He has no memories of his mother at all. All 3 of Plaintiff's American citizen children are forced to live in Guerrero, Mexico. The other 4 children and grandma lost financial support since 09/2018. It is the 25 and 20 year old are working to support grandma & younger siblings. Both of them are single. Plaintiff is not her mom and dad's biological child. The parents pick her up in open water and raise plaintiff as their own.

Co-defendant Mora-Reyes, Rogelio abandoned plaintiff right away. He was deported.

For 8 years, plaintiff is practically 'Blind & Deaf' due to language barrier. people around her bullied her to deepen her sufferings. Christ Jesus has been the only spiritual support plaintiff had.

Page 4F

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     7/4/2026

Signature of Plaintiff

Printed Name of Plaintiff     Francisca Vargas-Castillo

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?            ☐ Yes
                                                                          ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other     ☐ Yes
            court, including state court? (Companion cases are matters in which  ☒ No
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes : _____

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

Counties in which action arose: *Sanilac*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Francisca Vargas-Castillo

(b) County of Residence of First Listed Plaintiff **Washtenaw**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

(County of Residence of First Listed Defendant **Sanilac**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* |
| ☒ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument |      Liability    ☐ 367 Health Care | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &    Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
|    & Enforcement of Judgment |      Slander    Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted |      Liability    ☐ 368 Asbestos Personal | |    New Drug Application | ☐ 470 Racketeer Influenced and |
|    Student Loans | ☐ 340 Marine    Injury Product | | ☐ 840 Trademark |    Corrupt Organizations |
|    (Excludes Veterans) | ☐ 345 Marine Product    Liability | | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment |      Liability    **PERSONAL PROPERTY** | **LABOR** |    Act of 2016 |    (15 USC 1681 or 1692) |
|    of Veteran's Benefits | ☐ 350 Motor Vehicle    ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle    ☐ 371 Truth in Lending | | |    Protection Act |
| ☐ 190 Other Contract |      Product Liability    ☐ 380 Other Personal | ☐ 720 Labor/Management    Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal    Property Damage | | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise |      Injury    ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) |    Exchange |
| | ☐ 362 Personal Injury -    Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| |      Medical Malpractice | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 791 Employee Retirement | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights    **Habeas Corpus:** |    Income Security Act | | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting    ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** |    Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment    ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/      Sentence | |    or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability |      Accommodations    ☐ 530 General | | ☐ 871 IRS—Third Party |    Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -    ☐ 535 Death Penalty | **IMMIGRATION** |    26 USC 7609 |    Agency Decision |
| |      Employment    **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities -    ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | |    State Statutes |
| |      Other    ☒ 550 Civil Rights |    Actions | | |
| | ☐ 448 Education    ☐ 555 Prison Condition | | | |
| |    ☐ 560 Civil Detainee - | | | |
| |      Conditions of | | | |
| |      Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Case 4:26-cv-12366-SDK-DRG   ECF No. 1, PageID.14   Filed 07/13/26   Page 14 of 43

Central Records Administration
1760 E. Parnall
Jackson, MI 49201

To Mail

4C:313

577260 Vargas-Castillo, Francisca

(HV4C Wing:C:313:Top)

**Women's Huron Valley**
**Correctional Facility (WHV)**
3201 Bemis Road
Ypsilanti, MI 48197

9



**PRISONER COPY**
**PLEASE DISTRIBUTE**

Case 4:26-cv-12366-SDK-DRG   ECF No. 1, PageID.16   Filed 07/13/26   Page 16 of 43

Kite          Guerrero

Ms. Brown

PROGRAMS Bldg.

to copy



STATE OF MICHIGAN
**GRETCHEN WHITMER**
GOVERNOR

**DEPARTMENT OF CORRECTIONS**
LANSING

**HEIDI WASHINGTON**
DIRECTOR

June 24, 2026

#577260 Vargas-Castillo, Francisca (HU4C Wing: C: 313 Top)
Huron Valley Correctional Facility

### NOTICE:      Request for PSI

Ms. Vargas-Castillo, attached is a copy of your PSI docket #180078876-FC-T. As there was a change to the PSI Policy-PD 06.01.140, Section P.

**PSI Policy change**
PD 06.01.140 "Presentence Investigation and Report Section P.

PSI information is fairly static and rarely changes, therefore, if a prisoner loses their copy of the PSI report, they may only receive a free copy of the report if it is their first request for a copy, it has been two years from the date of their last request for a copy, or at the time of the prisoner's Parole Eligibility/Lifer Review Report (CSJ-123). You are not eligible to receive another copy until after June 24, 2028.

Sincerely,

C. Cekander
Central Records Section
MDOC-Central-Records-Section@michigan.gov

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN 48909
www.michigan.gov • (517) 335-1426

Kite to record room for PSI

Francisca Vargas - Castillo
WHV 4C 313
Jun 24 2026

Dear record room.

Could you kindly provide me a copy of my PSI for legal purposes? Thank you very much.

577260
18007876-FC-T

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**PRESENTENCE INVESTIGATION REPORT**

CFJ-145
Rev. 11/09

| | |
|---|---|
| **Honorable:** Fred L. Borchard | **County:** Sanilac County | **Sentence Date:** 06/26/2019 |
| **MDOC Nbr.:** 577260 | **Attorney:** Walter J. Salens | **Appointed/Retained:** Appointed |
| **Defendant:** Vargas-Castillo, Francisca | **Age:** 34 | **D.O.B.:** 03/09/1985 |

## CURRENT CONVICTION(S)

| Final Charge(s) | | | Max Yrs | Max Mo. | Max Days | Jail Credit Days | Bond | Convicted By | Conviction Date |
|---|---|---|---|---|---|---|---|---|---|
| Charge(1): 18007876-FC | 750.317 | Homicide - Murder, Second Degree | LIFE | | | 298 | Not Posted | Guilty | 05/02/2019 |
| Charge(2): 18007876-FC | 750.483A6B | Tampering With Evidence Criminal Case Punishable by More 10 | 10 | | | 298 | Not Posted | Guilty | 05/02/2019 |
| Charge(3): 18007876-FC | 333.28413 | Concealing the Death of an Individual | 5 | | | 298 | Not Posted | Guilty | 05/02/2019 |

**SOR Required:** No          **Date SOR Completed:**

**Plea Agreement:** Plea to amended charge of Murder-2nd Degree, along with Cts. II and III as originally charged. Sentence of a minimum of 20 years with regard to Ct. I. Sentences are to run concurrent with one another.          **HYTA:** No

**Pending Charges:** None          **Where:**

**Status at Time of Offense:** None

## PRIOR RECORD

**Conviction: Felonies:** 0          **Misdemeanors:** 0          **Juvenile Record:** No

**Probation: Active:** No          **Former:** No          **Pending Violation:** No

**Parole: Active:** No          **Former:** No          **Pending Violation:** No

**Current Michigan Prisoner:** No

**Currently Under Sentence:** No

*contraditions to Page 9* ② **PERSONAL HISTORY**

**Where Employed:** Unemployed          **Education:** None

**Psychiatric History:** No          **Physical Handicaps:** No          **Marital Status:** Single

**Substance Abuse History:** No

| | |
|---|---|
| **Investigating Agent:** STEVEN C LINDBERG | **Caseload No.:** 3132 | **Date:** 05/21/2019 |
| **Worksite:** Sanilac/Sandusky | **Phone No.:** ( 810 )648-4546 | |

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**PRESENTENCE INVESTIGATION REPORT**

CFJ-145
Rev. 11/09

## DEPARTMENT OF CORRECTIONS RECOMMENDATION

**Jail Credit:**

**DOCKET NO.  18-7876-FC**

| Date(s) | Action | Sentence Details | Days |
|---------|--------|------------------|------|
| 9/01/18 | Arrested | | |
| 6/26/19 | Sentenced | | 298 |
| | | **Total Days Jail Credit** | **298** |

**Ct. I: Homicide - Murder, Second Degree**
It is respectfully recommended the defendant be sentenced to the Michigan Department of Corrections for a period of 20 years to 40 years with credit for 298 days served.

1. (08.16) You must comply with DNA testing and pay a $60 fee as ordered by the Court.

2. (08.18) You must pay $68 State Cost as ordered by the Court.

3. (08.2) You must pay a crime victim's assessment in the amount of $130 as ordered by the court.

4. (08.4) You must pay court costs of $300 as ordered by the court.

5. (08.6) You must pay attorney fees to be determined and submitted through an amended judgment.

**Ct. II: Tampering With Evidence Criminal Case Punishable by More 10**
It is respectfully recommended the defendant be sentenced to the Michigan Department of Corrections for a period of 13 months to 10 years with credit for 298 days served.

1. (08.18) You must pay $68 State Cost as ordered by the Court.

**Ct. III: Concealing the Death of an Individual**

1. (08.0) You must serve jail time as follows: 330 days in the Sanilac County Jail, with credit for 298 days served.

2. (08.18) You must pay $68 State Cost as ordered by the Court.

*All sentences are to run concurrent to one another.

**Supervisor:** MICHAEL G SLATER

**Date:** 05/21/2019

**Michigan Department of Corrections**
**Presentence Investigation**

CFJ-284
Rev. 10/03

## Evaluation and Plan

On May 02, 2019,  Francisca Vargas-Castillo pled "Guilty" in the 24th Circuit Court before the Honorable Fred L. Borchard to the offenses of Count I:  Homicide – Murder – Second Degree, Count II:  Tampering With Evidence – Criminal Case Punishable By More Than 10 Years and Count III:  Concealing The Death Of An Individual. The defendant was represented by Court appointed attorney Walter J. Salens. Under the plea agreement, the defendant pled to count one as stated above which was reduced from the original charge of Homicide – Open Murder – Statutory Short From. In addition, there is a sentence agreement that the minimum sentence regarding count one will be twenty years. Further, the sentences in this matter will run concurrent with one another.

The Court accepted the plea as described above and ordered the completion of a pre-sentence investigation report with sentencing scheduled for June 26, 2019 at 10:00 a.m.

| Offender's Name | Offender Number | Assessment Date |
|---|---|---|
| Vargas-Castillo, Francisca | 577260 | 05/06/2019 |
| **Core COMPAS Need Scale** | **Score** | **Supervision Recommendation** |
| Criminal Associates/Peers | Unlikely | Assessed Upon Incarceration. |
| Criminal Opportunity | Unlikely | Assessed Upon Incarceration. |
| Leisure/Recreation | Unlikely | Assessed Upon Incarceration. |
| Social Isolation | Probable | Assessed Upon Incarceration. |
| Substance Abuse | Unlikely | Assessed Upon Incarceration. |
| Criminal Personality | Probable | Assessed Upon Incarceration. |
| Criminal Thinking Self Report | Highly Probable | Assessed Upon Incarceration. |
| Cognitive Behavioral | Unlikely | Assessed Upon Incarceration. |
| Family Criminality | Unlikely | Assessed Upon Incarceration. |
| Vocational/Education | Unlikely | Assessed Upon Incarceration. |
| Residential Instability | Unlikely | Assessed Upon Incarceration. |
| Social Adjustment Problems | Unlikely | Assessed Upon Incarceration. |
| Social Environment | Unlikely | Assessed Upon Incarceration. |
| **Gender Specific Need Scale** | **Score** | **Supervision Recommendation** |
| Experience of Abuse – Child | Low | Assessed Upon Incarceration. |
| Experience of Abuse – Adult | Medium | |
| Relationship Dysfunction | Low | Assessed Upon Incarceration. |
| Parental Stress | Low | Assessed Upon Incarceration. |
| **Gender Specific Strength Scale** | **Score** | **Supervision Recommendation** |
| Self-Efficacy | Low | Assessed Upon Incarceration. |

## Michigan Department of Corrections
## Presentence Investigation

CFJ-284

Rev. 10/03

On 5/16/2019, this writer, with assistance from translator Raymond Gomez, completed PSI and COMPAS interviews with the defendant at the Sanilac County Jail. This writer met with the defendant for approximately 3 ½ hours and obtained as much information for the PSI from her as possible.

The defendant indicates that she is a citizen of Mexico. She indicated she crossed the border and entered the United States illegally approximately ten years ago. There were some discrepancies as to when the defendant stated she crossed and when she stated she began employment, so an exact date is unknown. The defendant reports she came into the United States for economic reasons and routinely sent money home to her family in Mexico to help support them.

The defendant reports that prior to her arrest for the instant offense, she has never been in trouble with the justice system. She believes she is a hard worker and is very worried about her inability to help provide for her family in Mexico due to her incarceration.

The defendant has no formal education. She can speak Spanish but is unable to read or write Spanish. She knows very little English but is hopeful to be able to use her time in custody to learn these vital skills and become better educated. She is also hopeful to be able to work in the institution.

At the conclusion of the PSI interview, the defendant was asked about her involvement in the instant offense. She denied that she assaulted the victim in this matter. She was asked to explain her theory of what happened to the victim but really had no response to the question. She kept going back to her willingness to work and that she would be a good worker. She denies wrongdoing and became very upset when speaking about the entire ordeal. She is very concerned for her family and children's well-being.

The plea agreement in this matter does comport with the calculated sentencing guidelines. It is therefore the recommendation of the Michigan Department of Corrections that the defendant be sentenced to a minimum prison term of 20 years to a maximum term of 40 years. The defendant is entitled to 298 days credit toward her sentence.

The defendant is NOT eligible for SAI programming as the sentence agreement exceeds the minimum three-year sentence requirement to qualify for SAI and she will have a detainer with ICE pending deportation to Mexico.

The defendant possesses no vital documents for verification. A DNA sample was taken post plea and the defendant should be ordered to pay the $60 DNA collection fee.

## Agent's Description of the Offense

On 9/01/2018, at approximately 3:40 a.m., personnel from the Sanilac County Sheriff's Office were dispatched to investigate a suspicious situation. The investigation later revealed a homicide had occurred late on the evening of 8/31/2018 at 3944 W. Aitken Road, Marlette. Multiple subjects were contacted and interviewed throughout the investigation.

## Michigan Department of Corrections
## Presentence Investigation

CFJ-284

Rev. 10/03

These individuals include the occupants of the residence where the homicide occurred. These persons include Francisca Vargas-Castillo (cousin to the victim and sister to Leobardo Torres-Castillo), Leobardo Torres-Castillo (brother to Francisca Vargas-Castillo), Rogelio Matias-Bartolo (boyfriend to the victim), Rogelio Moyars-Reyes (boyfriend to Francisca Vargas-Castillo) and the owner of the farm where the residence is located, Geert Vandengoor. In addition, Cruz Mary Ramos, the occupant of 6966 Lilac Drive, Marlette was also interviewed and acted as an interpreter for Francisca and Leobardo at the onset of the investigation as they did not speak English. A short time later Interpreter Border Patrol Agent Vargas arrived on scene to assist deputies.

During the initial interviews with the parties, Francisca and Leobardo told investigators they had no knowledge of what may have happened to their cousin Bricia. Francisca told investigators that she and Bricia had not spoken in approximately two months. When asked why they had not spoken, Francisca stated she believed there were jealously issues related to Bricia and Fransica's boyfriend. Francisca was asked where she was that night and indicated she, Leobardo, Cruz and Francisca's children had been at Cruz's home in Marlette and did not return home to the Aitken Road address until 2:00 a.m. Francisca stated that when she got into the house it was dark, so she turned on the lights and saw blood. She stated she then notified another worker at the farm.

Leobardo was interviewed at the scene and indicated he had been staying at the Aitken Road home while visiting his sister for about 15 days. Leobardo stated he did not know Bricia and that he was gone with his sister that night from 7:00 p.m. until 2:00 a.m.

The investigation led from the crime scene to a field driveway on Maple Valley Road approximately ¼ mile north of Aitken Road. Additional crime scenes were investigated including the residence of Cruz Mary Ramos, located at 6966 Lilac Drive, Marlette.

Deputies responded to the residence of Cruz Ramos, and upon arrival there, discovered a pickup truck parked in the driveway. The pickup was observed to have what appeared to be blood on the exterior. The pickup's registration did show Cruz Ramos to be the registered owner. Cruz Ramos was taken into custody and taken to the Sanilac County Sheriff's Office to be interviewed.

After reading Cruz her Miranda rights, she agreed to waive her rights and speak with investigators. Cruz told investigators that she, Francisco, Leobardo and Francisca's three children had in fact been at her home that evening. Cruz stated Francisca asked her to accompany her back to her Aitken Road residence to confront her roommate, Bricia, about some issues they were having and for Francisca to tell Bricia that she wanted her out of the house. Francisca told Cruz she believed Bricia had tried to poison her children by giving them rat poison. Cruz stated that she acts as a translator for Francisca, so she didn't think much of the request and went along with Francisca and Francisca's brother Leobardo.

Cruz stated they took her 2002 Dodge Ram pickup and responded to the Aitken Road address. Cruz drove while Francisca was seated in the front passenger seat and Leobardo was in the back seat. Cruz stated Francisca told her to park in the driveway by the corn on Maple Valley Road and that they would walk through the corn.

*Cruz stated 39 times w/o polygram. She is the truth teller. How? proves?*

577260 - Vargas-Castillo, Francisca  18007876-FC
06/24/2026-11:10:48

CFJ- 284     Page:3

**Michigan Department of Corrections**
**Presentence Investigation**

CFJ-284

Rev. 10/03

Cruz stated, Francisca didn't want anyone to see a strange truck in the driveway and bother them or be nosey while Francisca was confronting her roommate. Cruz stated she and Francisca went to the residence while Leobardo stayed in the truck. Cruz stated that once they approached the west side of the home, Francisca handed her latex gloves and told her to put them on. Cruz stated Francisca also handed her "steel bar". Cruz stated the steel bar was around 6" long and that she became very concerned when she was handed the gloves and the bar.

Cruz went on to say Francisca had a stick in her possession and when they entered the home, Francisca turned off all of the lights and proceeded to knock on the bedroom door where her roommate Bricia was located. Cruz stated that there were some words said back and forth between Francisca and Bricia and that Francisca hit Bricia with the stick. Cruz stated the two rolled around hitting each other throughout the hallway and ended up in the living room area. Cruz stated she dropped the bar that Francisca had given her and got out of the way. Cruz then stated Francisca wanted her to hold Bricia at some point but didn't.

Cruz stated she tried to help Bricia by stopping Francisca but got hit in the forehead by the stick Francisca was swinging as well as her hand. Cruz stated Francisca kept hitting Bricia with the stick until Cruz finally got it away from her.

Cruz then stated a short time later, Francisca came at Bricia with a kitchen style knife. Cruz stated Francisca stabbed Bricia in the back and stomach and was stabbing her multiple times. Cruz stated Francisca stopped for a minute and then stabbed Bricia multiple times again. Cruz stated she was scared of Francisca and didn't know what to do. Cruz stated Francisca was afraid Francisca would hurt her next and followed her orders. Francisca told Cruz that they needed to get rid of Bricia's body. Cruz stated she helped Francisca drag Bricia's body to the porch and down the stairs then to the back of the residence.

Cruz went on to say that Leobardo met them at the back of the home and told Cruz to go sit in the pickup truck. Cruz stated she thought about leaving them but was fearful that they would come to her house and hurt her if she did.

Cruz stated that Francisco and Leobardo drug Bricia's body through the corn field and when they got to the truck, she observed Bricia's body to be naked. Cruz stated Francisca and Leobardo put Bricia's body in the back of the pickup. Cruz stated that while still in the driveway of the field, a couple of guys from the farm stopped and asked if they were all right. She stated she told them they were ok and that they were just having tire trouble. Cruz stated she was told to drive, and they got into the truck and left.

Cruz stated she was driving, and Francisca was in the passenger seat with Leobardo seated in the back seat. Cruz stated she drove around several dirt roads until they located a deep ditch with a tube running underneath. Cruz stated Francisca and Leobardo both exited her pickup and took Bricia's body out of the truck. Cruz stated she heard them walk into the grass and then heard a loud splash. Cruz stated she did remember seeing a culvert where they had stopped but was unsure of the location.

Cruz then stated the three of them went back to her home on Lilac Drive in Marlette where Francisca made her wash their clothes. Cruz stated Francisca also made her wash the bed of her truck out with water.

## Michigan Department of Corrections
## Presentence Investigation

CFJ-284

Rev. 10/03

Cruz stated Leobardo took a shower/bath at her residence and that both Leobardo and Francisca wanted a change of clothes which she provided them with. Cruz stated Francisca still had the knife on her that she used to stab Bricia with during the trip to dispose of Bricia's body. Cruz stated that at some point while still at her home, Francisca put the knife in a garbage bag and told her to put it in the garbage.

Leobardo and Francisca were placed under arrest and taken to the Sanilac County Sheriff's Office for interviews. Both indicated they did not wish to waive their Miranda rights and requested a lawyer. The interview was concluded at that time.

During the investigation it was learned that the victim, Bricia Flores-Rivera, age 42, was murdered in her home. Bricia had been stabbed multiple times which was ruled as the cause of her death by the medical examiner. Bricia's body was moved from the murder scene by Leobardo and Francisca to a pick-up truck that was parked in a field driveway on Maple Valley Road approximately ¼ mile north of Aitken Road. Bricia's body was then transported to and dumped in a drainage ditch adjacent to Sheridan Line Road approximately ½ mile north of Kilgore Road. The pickup truck and suspects then returned to the address of 6966 Lilac Drive, Marlette before two of the suspects eventually returned to their home at 3944 W. Aitken Road.

Search warrants were prepared for the residents of 3944 W. Aitken Road and 6696 Lilac Drive, as well as for the pickup truck which was parked at the Lilac Drive location. Bricia Flores-Rivera's body was located in a drainage ditch culvert by FBI Special Agent Davidson on 9/01/2018 at approximately 6:45 p.m. The Michigan State Police Crime Lab was contacted and processed the scene(s). Suspects Francisca Vargas-Castillo and Leobardo Torres-Castillo were arrested and lodged in the Sanilac County Jail. Both were charged in the murder of Bricia Flores-Rivera.

Francisca Vargas-Castillo's murder charges were based on 39 Cruz stated & think. Does the court agree that the plaintiff's conviction were based on another suspect Cruz's "Hearsays"?
plaintiff had her baby Leo on 8/25/2018 & discharged from hospital on 8/27/2018. With a new born baby, a 4 year old & a 6 year old. She really had time to hang out with murder within 6 days of given birth a baby.

## Michigan Department of Corrections
## Presentence Investigation

CFJ-284

Rev. 10/03

### Consecutive Sentences

#### SANILAC COUNTY PROSECUTORS OFFICE

**TO:**  Adult Probation

**FROM:**  Prosecuting Attorney

**RE:**  Consecutive Sentencing Application

**PEOPLE vs. Francisca Vargas-Castillo**

**DOCKET No. 18-7876-FC**

A preliminary examination of this defendant's background indicates that consecutive sentencing **is not** mandated in this case.

Prosecutor:  James V. Young

Date:  May 02, 2019

### Victim's Impact Statement

The victim's boyfriend, Rogelio Matias-Bartolo, submitted a victim's impact statement. Contact was made with Corine Duran, who acts as Mr. Matias-Bartolo's interpreter as he speaks Spanish. She contacted him on behalf of the probation department and verified that he did wish to have his statement included in this report. He did not wish to add anything further.

Rogelio Matias-Bartolo, the victim's boyfriend, provided the following statements per his Victim's Impact Statement completed on 9/10/18.

1.    Please explain the nature and extent of any physical, psychological, or emotional harm or trauma that you may have suffered.

   *I feel that I am living in a dream I can't sleep at night think about it and my little girl*

2.    Please explain the extent of any economic loss or property damage that you suffered.

3.    Please explain your opinion of the need for and extent of restitution.

**Michigan Department of Corrections**
**Presentence Investigation**

CFJ-284

Rev. 10/03

4.    What is your opinion of an appropriate sentence?

5.    Do you want this statement to be given to the judge? Yes indicated.

## Defendant's Description of the Offense

*Page 9 stated she can not read or write English & Spainish*

The defendant was given an opportunity to submit a written version of the offense but declined to do so. The defendant was advised that she would have an opportunity to verbally address the Court at the time of sentencing if she so chooses.

## Criminal Justice

**Juvenile History:**

This investigation revealed no juvenile criminal history for this offender.

**Adult History:**

NO.  1  OF  1

| | |
|---|---|
| **Offense Date:** | 08/31/2018 |
| **Status at Time of Offense:** | None |
| **Arrest Date:** | 09/01/2018 |
| **Arresting Agency:** | Sanilac County Sheriff's Office |
| **Charge(s) at Arrest:** | Ct I:  Homicide - Open Murder - Statutory Short Form; Ct II:  Tampering With Evidence - Criminal Case - 10+ Years Punishable; Ct III:  Concealing The Death Of An Individual; |
| **Court of Jurisdiction:** | 24th Circuit Court, Sanilac County 18-7876-FC |
| **Final Charges:** | Ct I:  Homicide - Murder - 2nd Degree (Class: M2 / Crime Group:  Person); Ct II:  Tampering With Evidence - Criminal Case - 10+ Years Punishable (Class:  D / Crime Group:  Public Order); Ct III:  Concealing The Death Of An Individual (Class:  E / Crime Group:  Public Order); |
| **Conviction Date/Method:** | 05/02/2019 / Plea |
| **Sentence/Disposition:** | INSTANT OFFENSE |
| **Sentence Date:** | 06/26/2019 |
| **Attorney Present:** | Yes |
| **Discharge Date:** | Unknown |
| **Notes:** | |

**Personal Protection Order(s):**  None.

**Gang Involvement:**  None.

## Michigan Department of Corrections
## Presentence Investigation

CFJ-284<br>Rev. 10/03

### Family

| Name | | Relationship | Age | Address | Phone | Occupation |
|---|---|---|---|---|---|---|
| Castillo-Lopez, Victoria | | Mother | 65 | Guerrero, Mexico | | |
| Vargas-Castillo, Teresa | | Sister | 36 | Guerrero, Mexico | | |
| Vargas-Castillo, Inez | | Sister | 33 | Guerrero, Mexico | | |
| Vargas-Castillo, Guillarmina | | Sister | 30 | Guerrero, Mexico | | |
| Torres-Castillo, Leobardo | | Brother | 22 | 65 N. Elk St. Sandusky, Michigan 48471 | | |
| Torres-Castillo, Ana-Marie | | Sister | | Guerrero, Mexico | | |
| Torres-Castillo, Domingo | | Brother | | Guerrero, Mexico | | |
| Vargas-Castillo, Augustina | | Sister | | Guerrero, Mexico | | |
| Vargas-Castillo, Irsrael | | Brother | | Guerrero, Mexico | | |
| Vargas-Castillo, Sixto | | Brother | | Guerrero, Mexico | | |
| Vargas-Castillo, Margarito | | Brother | Deceased | Michigan | | |
| Vargas-Espinoza, Pascacio | | Father | Deceased | Mexico | | |

**Comments:** The defendant reports she was born in Guerrero, Mexico to unwed parents, Pascacio Vargas-Espinoza and Victoria Castillo-Lopez. She lived with her parents until her father died when she was six years old. When asked what happened to her father, the defendant indicated he was murdered in Mexico. She had no further details about the crime.

The defendant remained in her mother's care after her father's death. She reports that she was never physically abused as a child nor was she exposed to substance abuse. The defendant has many brothers and sisters. She reports that her brother, Margarito Vargas-Castillo, died in 2014 as a result of a brain tumor. The remaining siblings, with the exception of her brother Leobardo (co-defendant), are all living in the same area of Mexico according to the defendant.

The defendant reports that prior to her arrest, she had routine contact with her family in Mexico via telephone and that she was sending money to them regularly to help support them. It appears she has fairly strong family ties. She is very concerned about the well-being of her family, in particular, her male sons, and worries they will get into trouble now that she is no longer able to provide for them.

The defendant's mother and four of her sisters live together. They are helping to take care of four of the defendant's children.

## Michigan Department of Corrections
## Presentence Investigation

CFJ-284

Rev. 10/03

### Marriage

| Name | Relationship | Age | Address | Phone | Occupation |
|---|---|---|---|---|---|
| Mora-Reyes, Rogelio | Significant Other | 30 | Michigan | (810) 877-2487 | |
| Vargas-Castillo, Marcos | Son | 17 | Guerrero, Mexico | | |
| Vargas-Castillo, Yugue | Son | 15 | Guerrero, Mexico | | |
| Ortega-Vargas, Cerafin | Daughter | 7 | Guerrero, Mexico | | |
| Mora-Vargas, Yovani | Son | 6 | Michigan | | |
| Mora-Vargas, Michelle | Daughter | 4 | Michigan | | |
| Mora-Vargas, Leo | Son | 0 | Michigan | | |
| Vargas, Jose | Son | | Guerrero, Mexico | | |

**Comments:** The defendant reports that she has never married. She has five biological children, one child she adopted off of the street in Mexico and also acts as a mother to one of her sister's children. Three of her children, Leo, Michelle and Yovani, reside with their father in Michigan. The other children are in Mexico and cared for by the defendant's mother and sisters.

*US CITIZENS*

### Employment

| Employer Name | Start Date | End Date | Position | Rate of Pay | Termination Reason |
|---|---|---|---|---|---|
| Goma Dairy | 2013 | 09/01/2018 | Farm Laborer | $11.00 Hourly | Arrested |

The defendant's only significant employment history is with Goma Dairy Farm located on Maple Valley Rd., Marlette. The defendant began employment there as a farm laborer in 2013. She lost her job due to her arrest for the instant offense. She had been earning $11.00 per hour.



### Education

**High School:**

| Name | Start Date | End Date | Level Completed | Area of Study | Certificate |
|---|---|---|---|---|---|
| None | | | | | |

The defendant has no formal education. She is unable to speak English. She can speak Spanish but is unable to read or write Spanish.

**College/Advanced Degrees:**

| Name | Start Date | End Date | Level Completed | Area of Study | Certificate |
|---|---|---|---|---|---|
| None | | | | | |

**Vocational/Other Training:**

| Name | Start Date | End Date | Level Completed | Area of Study | Certificate |
|---|---|---|---|---|---|
| None | | | | | |

| | **Michigan Department of Corrections** | **CFJ-284** |
| --- | --- | --- |
| | **Presentence Investigation** | **Rev. 10/03** |

## Substance Use and Treatment

**Substance Use:**

| | Drug | Start Date | End Date | Frequency | Age of First Use |
| --- | --- | --- | --- | --- | --- |
| None | | | | | |

The defendant reports no history of substance use.

**Substance Abuse Treatment:**

| Treatment Type | Provider | Start Date | End Date | Completed |
| --- | --- | --- | --- | --- |
| None | | | | |

## Health

**Physical Health:**

| Health Problem | Medication | Treatment | Treatment Begin Date |
| --- | --- | --- | --- |
| None | | | |

The defendant reports good physical health. She is not under a doctor's care nor does she take any medications at this time. *She took 4 pills in the morning, 3 pills in the PMs while in jail. Why? She was taken to hospital during jail retaintion*

**Mental Health:**

| Health Problem | Medication | Treatment | Treatment Begin Date |
| --- | --- | --- | --- |
| None | | | |

The defendant reports no history of mental illness.

## Finances

**Income:**

| | Type | Amount | Description |
| --- | --- | --- | --- |
| None due to Incarceration | | | |

**Assets:**

| | Type | Estimated Value | Description |
| --- | --- | --- | --- |
| None Reported | | | |

**Liabilities:**

| | Type | Amount | Description |
| --- | --- | --- | --- |
| None Reported | | | |

577260 - Vargas-Castillo, Francisca  18007876-FC
06/24/2026-11:10:48

CFJ- 284    Page:10

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**BASIC INFORMATION REPORT**

4836-6101
12/06  CFJ-101

| Court Name (Last, First, Middle) | | MDOC Nbr. | Given Name(Last, First, Middle) |
|---|---|---|---|
| Vargas-Castillo, Francisca | | 577260 | Same |

| Name Type | Other Names (Last, First, Middle) |
|---|---|
| N/A | None |

| Place of Birth | Citizenship | Last Known Address & Telephone No. |
|---|---|---|
| Mexico | Mexico | |
| State & DLN    None | DOB    03/09/1985 | 65 N. Elk St. |
| SID No.   5691136L | FBI No.  H800DM9TK | Sandusky Michigan 48471 |

| Race | Sex | Hair | Eyes | ()- |
|---|---|---|---|---|
| Unknown | Female | Brown | Brown | |

| Height | Weight | Highest Grade Completed | Occupation | Health Ins. | Assets-$1,500 & Up | Monthly Income of $75 & Up |
|---|---|---|---|---|---|---|
| 5' 3" | 120 | | None | No | No | No |

| Marital Status | Dependents | Religion | Military Branch | Military Dates | Discharge Type |
|---|---|---|---|---|---|
| Single | ~~6~~ X8 | None | None | None | None |

| | | Marks, Scars, Amputations, Tattoos | | Drug Abuse | Alcohol Abuse | Mental Health Treatment |
|---|---|---|---|---|---|---|
| None | | | | No | No | No |

## CRIMINAL HISTORY

| Juvenile | | | Adult | | | | Status at Time of Offense | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Comm. | Prob. | Esc. | Jail | Pris. | Prob. | Esc. | | X | None | | Delayed Sentence |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | HYTA | | Parole |

| Age of First Arrest | Sex Offense Convictions | SAI Eligible | | Probation | Jail |
|---|---|---|---|---|---|
| 33 | 0 | No | | District Probation | State Prison |

| Pending Charges in Court | No. of Prior Felony Convictions | | Federal Probation | On Bond |
|---|---|---|---|---|
| No | 0 | | Federal Parole | Juvenile Court Supervision |

| Type of Report | County | Sanilac County | Agent & Caseload No.    STEVEN C. LINDBERG - 3132 |
|---|---|---|---|
| Presentence | DOC Recommended Disposition    4 | Probation Violation New Sentence    No | Probation Violation Technical    No |

## CURRENT OFFENSE

| NO.    1    OF    3    Docket No.: Charge (1): 18007876-FC    Last Name:  Vargas-Castillo |
|---|

| PACC Code | Offense | Max | Consecutive Sentence |
|---|---|---|---|
| 750.317 | Homicide - Murder, Second Degree | LIFE | No |

| Victim / Relationship | Codefendant(s) |
|---|---|
| Flores-Rivera, Bricia - Other Family | Torres-Castillo, Leobardo |

| Circuit | Judge | Attorney | Retained / Appointed |
|---|---|---|---|
| 24th Circuit Court - Sanilac County | Fred L. Borchard | Walter J. Salens | Appointed |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| Plea | 08/31/2018 | 09/01/2018 | N/A | 05/02/2019 | 298 | No |

## DISPOSITION

| Sentence Type | Sentence Date | CTN | Fine | Cost | Restitution |
|---|---|---|---|---|---|
| Prison | 06/26/2019 | 761800089401 | | | |

| MINIMUM | | | MAXIMUM | | | LIFE | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |
| 20 | | | 40 | | | | | | | 130.00 |

| Attorney Fees | Forensic Fees | Restitution Fund Fees | Other Fees |
|---|---|---|---|
| | | | State Cost 68.00  DNA Test 60.00 |

**Sentencing Guidelines**

| | RANGE | | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|---|---|
| Low:   225 | High:    375 | | X | | 20 | 100 |

Comments:

MICHIGAN DEPARTMENT OF CORRECTIONS
BASIC INFORMATION REPORT

4836-6101
12/06  CFJ-101

## CURRENT OFFENSE

| NO. | 2 | OF | 3 | Docket No.: Charge (2): 18007876-FC | | Last Name: | Vargas-Castillo |
|-----|---|----|----|------|---|---|---|

| PACC Code | Offense | | | | Max | | Consecutive Sentence |
|-----------|---------|---|---|---|-----|---|----------------------|
| 750.483A6B | Tampering With Evidence Criminal Case Punishable by More 10 | | | | 10 yrs. | | No |

| Victim / Relationship | | | Codefendant(s) | | |
|-----------------------|---|---|----------------|---|---|
| State of Michigan - No Relationship | | | Torres-Castillo, Leobardo | | |

| Circuit | | Judge | | Attorney | | Retained / Appointed |
|---------|---|-------|---|----------|---|----------------------|
| 24th Circuit Court - Sanilac County | | Fred L. Borchard | | Walter J. Salens | | Appointed |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|----------------------|-----------------|----------------|--------------|--------------------|-------------|-------------------------|
| Plea | 08/31/2018 | 09/01/2018 | N/A | 05/02/2019 | 298 | No |

## DISPOSITION

| Sentence Type | | Sentence Date | CTN | Fine | Cost | Restitution |
|---------------|---|---------------|-----|------|------|-------------|
| Prison | | 06/26/2019 | 761800089401 | | | |

| MINIMUM | | | MAXIMUM | | | LIFE | JAIL | | Supervision Fees | Crime Victims Assessment |
|---------|---|---|---------|---|---|------|------|---|------------------|--------------------------|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |
| 1 | 1 | | 10 | | | | | | | |

| Attorney Fees | Forensic Fees | Restitution Fund Fees | Other Fees |
|---------------|---------------|-----------------------|------------|
| | | | State Cost 68.00 |

| Sentencing Guidelines | | | | | | |
|-----------------------|---|---|---|---|---|---|
| | RANGE | | | LIFE | NA | Prior Record Total | Offense Variable Total |
| Low: 0 | High: 17 | | | | | 20 | 20 |

Comments:

## CURRENT OFFENSE

| NO. | 3 | OF | 3 | Docket No.: Charge (3): 18007876-FC | | Last Name: | Vargas-Castillo |
|-----|---|----|----|------|---|---|---|

| PACC Code | Offense | | | | Max | | Consecutive Sentence |
|-----------|---------|---|---|---|-----|---|----------------------|
| 333.28413 | Concealing the Death of an Individual | | | | 5 yrs. | | No |

| Victim / Relationship | | | Codefendant(s) | | |
|-----------------------|---|---|----------------|---|---|
| State of Michigan - No Relationship | | | Torres-Castillo, Leobardo | | |

| Circuit | | Judge | | Attorney | | Retained / Appointed |
|---------|---|-------|---|----------|---|----------------------|
| 24th Circuit Court - Sanilac County | | Fred L. Borchard | | Walter J. Salens | | Appointed |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|----------------------|-----------------|----------------|--------------|--------------------|-------------|-------------------------|
| Plea | 08/31/2018 | 09/01/2018 | N/A | 05/02/2019 | 298 | No |

## DISPOSITION

| Sentence Type | | Sentence Date | CTN | Fine | Cost | Restitution |
|---------------|---|---------------|-----|------|------|-------------|
| Jail Only | | | 761800089401 | | | |

| MINIMUM | | | MAXIMUM | | | LIFE | JAIL | | Supervision Fees | Crime Victims Assessment |
|---------|---|---|---------|---|---|------|------|---|------------------|--------------------------|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |
| | | | | | | | | 330 | | |

| Attorney Fees | Forensic Fees | Restitution Fund Fees | Other Fees |
|---------------|---------------|-----------------------|------------|
| | | | State Cost 68.00 |

| Sentencing Guidelines | | | | | | |
|-----------------------|---|---|---|---|---|---|
| | RANGE | | | LIFE | NA | Prior Record Total | Offense Variable Total |
| Low: 0 | High: 11 | | | | | 20 | 20 |

Comments:

Vargas-Castillo, Francisca - 577260
06/24/2026  11:10:56

CFJ-101          Page:2

# SENTENCING INFORMATION REPORT

Offender:  Vargas-Castillo, Francisca          SSN: 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      Workload: 3132      Docket Number: 18007876-FC

Judge:  The Honorable Fred L. Borchard          Bar No.: P11003      Circuit No.: 24          County: 76

## Conviction Information

Conviction PACC:  750.483A6B          Offense Title: Tampering With Evidence Criminal Case Punishable by More 10

Crime Group:  Public Order          Offense Date: 08/31/2018

Crime Class:  Class D          Conviction Count:  2  of  3          Scored as of: 08/31/2018

Statutory Max:  120          Habitual: No          Attempted:  No

## Prior Record Variable Score

PRV1:  0      PRV2:  0      PRV3:  0      PRV4:  0      PRV5:  0      PRV6:  0      PRV7:  20

*Contradiction with page1 !!!   0 record before this*

Total PRV:  20

PRV Level:  C

## Offense Variable

OV1:  0      OV3:  0      OV4:  0      OV9:  0      OV10:  0      OV12:  0      OV13:  0

OV14:  10      OV16:  0      OV19:  10      OV20:  0

Total OV:  20

OV Level:  II

## Sentencing Guideline Range

Guideline Minimum Range :          0      to      17

## Minimum Sentence

| | Months | Life | |
|---|---|---|---|
| Probation: | | ☐ | |
| Jail: | | | |
| Prison: | 13 | ☐ | |

Sentence Date: 06/26/2019

Guideline Departure: _____

Consecutive Sentence: _____

Concurrent Sentence: Yes

Sentencing Judge: _____          Date: _____

Prepared By: LINDBERG, STEVEN C

Vargas-Castillo, Francisca - 577260

## SENTENCING INFORMATION REPORT

Offender: Vargas-Castillo, Francisca          SSN: 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     Workload: 3132     Docket Number: 18007876-FC

Judge: The Honorable Fred L. Borchard     Bar No.: P11003     Circuit No.: 24          County: 76

### Conviction Information

Conviction PACC: 333.28413          Offense Title: Concealing the Death of an Individual

Crime Group: Public Order          Offense Date: 08/31/2018

Crime Class: Class E          Conviction Count: 3 of 3          Scored as of: 08/31/2018

Statutory Max: 60          Habitual: No          Attempted: No

### Prior Record Variable Score

PRV1: 0     PRV2: 0     PRV3: 0     PRV4: 0     PRV5: 0     PRV6: 0     PRV7: 20

Total PRV: 20

*Head page 1*     (1)

PRV Level: C

### Offense Variable

OV1: 0     OV3: 0     OV4: 0     OV9: 0     OV10: 0     OV12: 0     OV13: 0

OV14: 10     OV16: 0     OV19: 10     OV20: 0

Total OV: 20

OV Level: II

### Sentencing Guideline Range

Guideline Minimum Range : 0 to 11

### Minimum Sentence

|            | Months | Life |
|------------|--------|------|
| Probation: |        | ☐   |
| Jail:      | 10     |      |
| Prison:    |        | ☐   |

Sentence Date: 06/26/2019

Guideline Departure: _____     Consecutive Sentence: _____

Concurrent Sentence: Yes

Sentencing Judge: _____     Date: _____

Prepared By: LINDBERG, STEVEN C

Vargas-Castillo, Francisca - 577260

## SENTENCING INFORMATION REPORT

**Offender:** Vargas-Castillo, Francisca    **SSN:** 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    **Workload:** 3132    **Docket Number:** 18007876-FC

**Judge:** The Honorable Fred L. Borchard    **Bar No.:** P11003    **Circuit No.:** 24    **County:** 76

### Conviction Information

**Conviction PACC:** 750.317    **Offense Title:** Homicide - Murder, Second Degree

**Crime Group:** Person    **Offense Date:** 08/31/2018

**Crime Class:** Murder II    **Conviction Count:** 1 of 3    **Scored as of:** 08/31/2018

**Statutory Max:** Life    **Habitual:** No    **Attempted:** No

### Prior Record Variable Score

**PRV1:** 0    **PRV2:** 0    **PRV3:** 0    **PRV4:** 0    **PRV5:** 0    **PRV6:** 0    **PRV7:** 20

*read page 1* (handwritten note)

**Total PRV:** 20

**PRV Level:** C

### Offense Variable

| OV1: 25 | OV2: 5 | OV3: 25 | OV4: 0 | OV5: 0 | OV6: 25 | OV7: 0 |
| OV8: 0 | OV9: 0 | OV10: 0 | OV11: 0 | OV12: 0 | OV13: 0 | OV14: 10 |
| OV16: 0 | OV17: 0 | OV18: 0 | OV19: 10 | OV20: 0 | | |

**Total OV:** 100

**OV Level:** III

### Sentencing Guideline Range

**Guideline Minimum Range :**    225    to    375    or life

### Minimum Sentence

| | Months | Life |
|---|---|---|
| Probation: | | ☐ |
| Jail: | | |
| Prison: | 240 | ☐ |

**Sentence Date:** 06/26/2019

**Guideline Departure:** _____

**Consecutive Sentence:** _____

**Concurrent Sentence:** Yes

**Sentencing Judge:** _____    **Date:** _____

**Prepared By:** LINDBERG, STEVEN C

Vargas-Castillo, Francisca - 577260

**U.S. Department of Homeland Security**                    **Notice of Intent/Decision to Reinstate Prior Order**

File No. <u>200 834 716</u>
Event No: <u>DET1907000008</u>
Date: <u>October 3, 2019</u>

Name: <u>FRANCISCA VARGAS CASTILLO AKA: Mendivil Cancio, Elizabeth Ramona</u>

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of <u>      Removal      </u> entered against you. This intent
<span style="text-align:center">(Deportation / exclusion / removal)</span>
is based on the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on <u>  October 28, 2010  </u> at
<span style="text-align:center">(Date)</span>

<u>Nogales, Arizona            </u>.
<span style="text-align:center">(Location)</span>

2. You have been identified as an alien who:

   ☒  was removed on <u>  October 28, 2010  </u> pursuant to an order of deportation / exclusion / removal.
   <span style="text-align:center">(Date)</span>

   ☐  departed voluntarily on <u>                        </u> pursuant to an order of deportation / exclusion / removal on or
   <span style="text-align:center">(Date)</span>
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about <u>  Unknown Date  </u> at or near <u>an unknown place  </u>
<span style="text-align:center">(Date)                           (Location)</span>

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* <u>Spanish            </u> *language.*

<u>    M 7637 ALAEZ        </u>                    <u>                        </u>
(Printed or typed name of official)                         (Signature of officer)

<u>                        </u>
**DO**
(Title of officer)

---

### Acknowledgment and Response

I ☐ do ☒ do not  wish to make a statement contesting this determination.

<u>11/26/2019    </u>                              <u>                        </u>
(Date)                                          (Signature of Alien)

---

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

<u>11/26/19    </u>      <u>Detroit, Michigan    </u>      <u>                        </u>
(Date)             (Location)                    (Signature of authorized deciding official)

<u>T 4677 TANNER        </u>                     <u>        SDDO            </u>
(Printed or typed name of official)                         (Title)

Form I-871 (Rev. 08/01/07)

**U.S. DEPARTMENT OF HOMELAND SECURITY**

**RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM**

**AFFIDAVIT**

Event No: DET1907000008

IN RE: Francisca Vargas-Castillo ~~YPSito~~ f.v.C          FILE NO. 200 834 716

EXECUTED AT ~~DETROIT, MI~~ Ypsilanti, MI          DATE November 26, 2019

Before the following immigration officer of the U.S. Department of Homeland Security: M 7637 ALAEZ (DO)

in the Spanish _____ language. Interpreter _____ used.

FRANCISCA VARGAS CASTILLO AKA: Mendivil Cancio, Elizabeth Ramona

I, _____ acknowledge that the above-named officer has identified himself to me as an officer of the United States Department of Homeland Security, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding: my immigration status in the United States. ,

_____

_____

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

"You have the right to remain silent.

Anything you say can be used against you in court, or in any immigration or administrative proceeding.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer. "

I am willing to make a statement without anyone else being present. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me, God.

Being duly sworn, I make the following statement:

Q. Do you wish to have a lawyer or any other person present to advise you?

?Quieres tener un abogado o cualquier otra persona presente para informarle?

A. Yes, of course, but I don't have any money

Q. Are you willing to answer my questions at this time?

?Esta dispuesto a responder a mis preguntas en este momento?

A. No

I have read (or have had read to me) the foregoing statement consisting of __/__ pages. I affirm that the answers attributed to me herein are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my questioning by the above-named officer of the Immigration and Naturalization Service. I have initialized each page of this statement (and the corrections noted on page(s) ___/___ ).

Signature of alien: X _____

Subscribed and sworn to me at: Ypsilanti, MI on 11/26/2019 10:14 _____

_____
(Signature of Immigration Officer)

_____  EWalker
(Signature of Witness)

Form I-215B (Rev. 08/01/07)

MICHIGAN DEPARTMENT OF CORRECTIONS
**NOTIFICATION OF DETAINER**

CAJ-293 A
REV. 01/14

| Name | Number | Lock |
|---|---|---|
| Vargas-Castillo, Francisca | 577260 | T:  :: :<br>P:  Unit 9:005:Bot:A |

Please be advised that _____ Immigration and Customs Enforcement _____

(Agency Name)

has lodged a detainer against the above-mentioned prisoner for the [ ] **untried**  [ ] **tried**

charge of:

| Warrant/Docket # | Charge Description | Term Of Sentence (If Tried Charge) | Expiration Date (If Applicable) |
|---|---|---|---|
| A200 834 716 | Immigration Detainer-Mexico | | |

Signed: _Mannor_

Date: _____ 7/5/2019

Print Name:  Beatrice Mannor _____ Departmental Analyst

DISTRIBUTION:  **WHITE** – RECORD OFFICE;  **CANARY** – CENTRAL OFFICE;  **PINK** – COUNSELOR FILE;  **GOLDENROD** – PRISONER

Vargas-Castillo, Francisca - 577260

07/05/2019  08:58:37

Page:1
CAJ-293 A

DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION DETAINER - NOTICE OF ACTION

| | |
|---|---|
| Subject ID: 365923106 <br> Event #:  DET1907000008 | File No: 200 834 716 <br> Date:  July 2, 2019 |

| | |
|---|---|
| TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) WOMEN'S HURON VALLEY C.F. <br> 3201 BEMIS RD. <br> YPSILANTI, MI 481970000 | FROM: (Department of Homeland Security Office Address) <br> DETROIT, MI, DOCKET CONTROL OFFICE <br> ICE <br> ERO Detroit Field Office <br> 333 Mt. Elliott Street <br> DETROIT, MI 48207 |

Name of Alien: VARGAS CASTILLO, FRANCISCA AKA: Mendivil Cancio, Elizabeth Ramona

Date of Birth: 03/09/1985     Citizenship: MEXICO     Sex: F

---

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON (complete box 1 or 2).**     Inmate #: 577260

[X] A final order of removal against the alien;

[ ] The pendency of ongoing removal proceedings against the alien;

[X] Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

[ ] Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

---

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION (complete box 1 or 2).**

[ ] Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

IT IS THEREFORE REQUESTED THAT YOU:

- **Notify DHS** as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling [X] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at (313) 218-0396 . If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.

- **Maintain custody** of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien **must be served with a copy of this form** for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters

- Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.

- Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

[ ] If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

| | |
|---|---|
| E. 3733 WALKER - (A)SDDO | E. Walker |
| (Name and title of Immigration Officer) | (Signature of Immigration Officer) (Sign in ink) |

---

**Notice:** If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

---

TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____ .

Local Booking/Inmate #: _____     Estimated release date/time: _____

Date of latest criminal charge/conviction: _____     Last offense charged/conviction: _____

This form was served upon the alien on _____ , in the following manner:

[ ] in person     [ ] by inmate mail delivery     [ ] other (please specify): _____

| | |
|---|---|
| (Name and title of Officer) | (Signature of Officer) (Sign in ink) |

DHS Form I-247A (3/17)     Page 1 of 3

## NOTICE TO THE DETAINEE

The Department of Homeland Security (DHS) has placed an immigration detainer on you. An immigration detainer is a notice to a law enforcement agency that DHS intends to assume custody of you (after you otherwise would be released from custody) because there is probable cause that you are subject to removal from the United States under federal immigration law.  DHS has requested that the law enforcement agency that is currently detaining you maintain custody of you for a period not to exceed 48 hours beyond the time when you would have been released based on your criminal charges or convictions. **If DHS does not take you into custody during this additional 48 hour period, you should contact your custodian** (the agency that is holding you now) to inquire about your release. **If you believe you are a United States citizen or the victim of a crime, please advise DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.**

## NOTIFICACIÓN A LA PERSONA DETENIDA

El Departamento de Seguridad Nacional (DHS) le ha puesto una retención de inmigración. Una retención de inmigración es un aviso a una agencia de la ley que DHS tiene la intención de asumir la custodia de usted (después de lo contrario, usted sería puesto en libertad de la custodia) porque hay causa probable que usted está sujeto a que lo expulsen de los Estados Unidos bajo la ley de inmigración federal. DHS ha solicitado que la agencia de la ley que le tiene detenido actualmente mantenga custodia de usted por un periodo de tiempo que no exceda de 48 horas más del tiempo original que habría sido puesto en libertad en base a los cargos judiciales o a sus antecedentes penales. **Si DHS no le pone en custodia durante este periodo adicional de 48 horas, usted debe de contactarse con su custodio** (la agencia que le tiene detenido en este momento) para preguntar acerca de su liberación. **Si usted cree que es un ciudadano de los Estados Unidos o la víctima de un crimen, por favor avise al DHS llamando gratuitamente al Centro de Apoyo a la Aplicación de la Ley ICE al (855) 448-6903.**

## AVIS AU DETENU OU À LA DÉTENUE

Le Département de la Sécurité Intérieure (DHS) a placé un dépositaire d'immigration sur vous. Un dépositaire d'immigration est un avis à une agence de force de l'ordre que le DHS a l'intention de vous prendre en garde à vue (après cela vous pourrez par ailleurs être remis en liberté) parce qu'il y a une cause probable que vous soyez sujet à expulsion des États-Unis en vertu de la loi fédérale sur l'immigration. Le DHS a demandé que l'agence de force de l'ordre qui vous détient actuellement puisse vous maintenir en garde pendant une période ne devant pas dépasser 48 heures au-delà du temps après lequel vous auriez été libéré en se basant sur vos accusations criminelles ou condamnations. **Si le DHS ne vous prenne pas en garde à vue au cours de cette période supplémentaire de 48 heures, vous devez contacter votre gardien (ne)** (l'agence qui vous détient maintenant) pour vous renseigner sur votre libération. **Si vous croyez que vous êtes un citoyen ou une citoyenne des États-Unis ou une victime d'un crime, s'il vous plaît aviser le DHS en appelant gratuitement le centre d'assistance de force de l'ordre de l'ICE au (855) 448-6903**

## NOTIFICAÇÃO AO DETENTO

O Departamento de Segurança Nacional (DHS) expediu um mandado de detenção migratória contra você. Um mandado de detenção migratória é uma notificação feita à uma agência de segurança pública que o DHS tem a intenção de assumir a sua custódia (após a qual você, caso contrário, seria liberado da custódia) porque existe causa provável que você está sujeito a ser removido dos Estados Unidos de acordo com a lei federal de imigração. ODHS solicitou à agência de segurança pública onde você está atualmente detido para manter a sua guarda por um período de no máximo 48 horas além do tempo que você teria sido liberado com base nas suas acusações ou condenações criminais. **Se o DHS não leva-lo sob custódia durante este período adicional de 48 horas, você deve entrar em contato com quem tiver a sua custódia** (a agência onde você está atualmente detido) para perguntar a respeito da sua liberação. **Se você acredita ser um cidadão dos Estados Unidos ou a vítima de um crime, por favor informe ao DHS através de uma ligação gratuita ao Centro de Suporte de Segurança Pública do  Serviço de Imigração e Alfândega (ICE) pelo telefone (855) 448-6903.**

**U.S. DEPARTMENT OF HOMELAND SECURITY**        **Warrant for Arrest of Alien**

File No. **200 834 713**

Date: **07/02/2019**

**To:**    **Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations**

I have determined that there is probable cause to believe that ˙**Vargas-Castillo, Francisca** is removable from the United States. This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☑ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-n

*E. Walker*

(Signature of Authorized Immigration Officer)

**E. Walker (A)SDDO**

(Printed Name and Title of Authorized Immigration Officer)

---

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at _____

(Location)

on _____        on _____ , and the contents of this

(Name of Alien)                  (Date of Service)

notice were read to him or her in the _____ language.

(Language)

_____                  _____

Name and Signature of Officer        Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)

Francisca Vargas-Castillo 577260
3201 Bemis Rd
Ypsilanti, MI 48197

To: Office of the Clerk/US District Court
231 W Lafayette Blvd  Rm 564
Detroit  MI  48226

July 4th 2026

Dear Clerk,

Enclosed please find two complaint of Civil Rights:

Francisca Vargas-Castillo  V  Heidi Washington  et al

Francisca Vargas-Castillo  V  Donald Teeple  et al.

Plaintiff speaks no English. MDOC employees, inmate workers unable to communicate with her efficiently without the presence of the interpreter. They refused to make copy for plaintiff because Notification of Detainer (3 pages), Notice of intent & Affidavit (2 pages), Warrant for arrest of Alien (1 page). Plaintiff had to submit the one and only copy she has. If you can kindly give her a copy of the above mentioned paperworks, It would be highly appreciated.

As soon as plaintiff confirm the legal mail reaches the US District Court She will submit the notarized copies of prisoner account activity statements. Please make sure the submitted PSI, Warrant, Notice of Intent, Notice of Detainer are supporting legal exhibits for both complaints.

Thank you very much for your help

Sincerely

Francisca Vargas-Castillo

Francisca Vargas-Castillo 577260
3201 Bemis Rd
Ypsilanti MI 48197



FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 48197 $ 004.74⁰
02 7W
0008038249 JUL 07. 2026

RECEIVED
JUL 13 2026
CLERK'S OFFICE
U.S. DISTRICT COURT
U.S. MARSHALS

To: Office of the Clerk / US District Court
231 W Lafayette Blvd. Rm 564
Petroit, MI 48226